IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERRY W. TURNER,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )   Case No: 16-cv-02003-SGC<br>  )<br>STURM, RUGER & COMPANY,  )<br>INC. and WINCHESTER  )<br>AMMUNITION, INC.  )<br>  )<br>   Defendants.  ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants jointly stipulate to the dismissal of this action with prejudice.

Respectfully submitted this the __31st__ day of __October__, 2017.

_M. Todd Wheeles_  
M. Todd Wheeles  
Morris, Haynes, Wheeles,  
  Knowles & Nelson  
3500 Colonnade Parkway, Suite 100  
Birmingham, AL  35243  
*Attorney for Plaintiff*

_James Vogts_  
James Vogts  
Swanson, Martin & Bell, LLP  
330 North Wabash Avenue  
Suite 3300  
Chicago, IL  60611  
*Attorney for Defendant Sturm, Ruger & Company, Inc.*

/s/ Bruce F. Rogers
Bruce F. Rogers
Bainbridge, Mims, Rogers & Smith, LLP
415 The Luckie Building
600 Luckie Drive
Birmingham, AL 35223
*Attorney for Defendant Winchester Ammunition, Inc.*

/s/ Joseph H. Guffey
Joseph H. Guffey (by BFR w/ express permission)
Husch Blackwell, LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
*Attorneys for Defendant Winchester Ammunition, Inc.*